JOSEPH EGYED, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

(Argued October 22, 1928; decided November 20, 1928.)

500■■■■■■■■■■■■■■■■■■

590

■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■

*Clifton P. Williamson* and *H. S. Ogden* for appellant.
*Victor Deutsch* and *Morris Cukor* for respondent.

■■■■■■■■■■■■■ no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissent: KELLOGG, J., on the ground that plaintiff was not engaged in interstate commerce at the time of the accident. Not sitting: O'BRIEN, J.